UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

May 15, 2007 **FILED**

**MAY 2 2 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Office of the Clerk
U.S. District Court, Eastern District of California-Fresno
2500 Tulare Street
Fresno, CA 93721

Case Name:      US-v-Allen Randle
Case Number:    4-07-70273-WDB        1:07 MJ 093 DLB
Charges:        18:287   False claims to the U.S.

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

( )   The U.S. Marshal has been ordered to remove this defendant
      to your district forthwith.
(X)   The defendant has a court appearance in your court on: 5/25/07 @ 1:30PM

Enclosed are the following documents:
   original Rule 5 affidavit
   certified copy of *AO 94, Commitment to Another District*
   Other misc. Documents

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____ .

Date: _____          CLERK, U.S. DISTRICT COURT

                                    By _____
                                       Deputy Clerk