1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

UNITED STATES OF AMERICA,                      )     No. CR 4-07-70273 WDB
                                                )
12                         Plaintiff,            )     [PROPOSED] ORDER
                                                )     RE: TRANSPORTATION
13   v.                                          )     EXPENSES
                                                )
14   ALLEN RANDLE,                               )
                                                )
15                         Defendant.            )
     ───────────────────────────────────────────)
16
17

        GOOD CAUSE APPEARING,

18

        Defendant Allen Randle, who has previously filed a financial affidavit and answered questions

19
posed to him by this Court regarding his ability to pay for travel, has been ordered by this Court to
20
appear Friday, June 8, 2007 at 1:00 p.m. at the United States District Court for the Eastern District of
21
California, Fresno Courthouse, before The Hon. Sandra M. Snyder, United States Magistrate Judge,
22
Eastern District Case No. 1:07 MJ 093 DLB.  Because the interests of justice are served and the
23
Court is satisfied that the defendant is financially unable to provide the necessary transportation,
24
        IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshals
25
Service for the Northern District of California shall make round trip travel arrangements via bus or
26

ORDER RE:
TRANSPORTATION
EXPENSES

1   train, and furnish transportation expenses to the above-named defendant to enable him to travel from

2   Oakland, California to the Eastern District of California in order to appear as required on Friday,

3   June 8, 2007 at 1:00 p.m.

4        IT IS SO ORDERED.

5   DATED: June ____, 2007

6                                    _____
                                     WAYNE D. BRAZIL
7                                    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER