| DOCUMENTS UNDER SEAL ☐ | | DOCUMENT NUMBER: | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy Lerma Garcia | REPORTER/FTR<br>FTR 7/23/07  10:37:28-10:41:56 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>7/23/07 | NEW CASE ☐ | CASE NUMBER<br>4-07-70273-WDB |

### APPEARANCES

| DEFENDANT<br>ALLEN RANDLE | AGE | CUST<br>No | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Joyce Leavitt | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Bryan Whittaker | | INTERPRETER<br>None | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Hence Williams | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD  TYPE NH IN TIME FIELD)**

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ FURTHER STATUS RE: RULE 20<br>4 Mins HELD |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND SIGNING | ☐ IA REV PROB. or S/R | ☐ BAIL REVIEW |
| ☐ DETENTION HRG | ☐ ID/REMOVAL HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ SUP REL HRG |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED JUL 2 3 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED | ☐ WAIVER OF INDICTMENT |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>8/22/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ FURTHER STATUS/TRIAL SET RE: RULE 20 |
|---|---|---|---|---|
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>JOSEPH C. SPERO | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

The Court ordered that the deft. must appear next bef. Judge Oliver W. Wanger on 8/27/07 at 1:30 p.m. in U.S.D.C., Eastern District of CA, Fresno unless otherwise notified by his atty. that the date has been vacated.
    The deft's atty. told Court that she received a proposed plea agreement from the prosecutor assigned to the deft's case in the Eastern Dist. of CA. The parties anticipate that the deft's case will be transferred to this district under Rule 20. The parties jointly asked the Court for a continuance - request GRANTED.

cc:  WDB's Stats, Karen Hom (e-mail & copy)