UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff(s),                           No. 4-07-70273-WDB

  v.                                    **CLERK'S NOTICE**

ALLEN RANDLE,

       Defendant(s).
_____/

**You are hereby notified that** pursuant to the unavailability of Magistrate Judge Wayne D. Brazil on Wednesday, August 29, 2007, the Further Status Hearing Re: Rule 20 as to the above entitled case has been rescheduled to **Thursday, August 30, 2007 at 10:00 a.m.** before Magistrate Judge Wayne D. Brazil.

                                                        Richard W. Weiking
                                                        Clerk, U.S. District Court

                                                        *Ivy L. Garcia*
                                                        by:  Ivy L. Garcia
                                                        Courtroom Deputy of
                                                        Magistrate Judge Wayne D. Brazil

                                                        Dated:   August 28, 2007

cc:  Copies to parties via ECF, Pretrial Services