| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | THE HONORABLE MARTIN J. JENKINS<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **November 15, 2007**

Reporter: **Sylvia Russo**

Case No: **CR–07-0635 MMJ**

AUSA: **Bryan Whittaker**

DEFT: **ALLEN RANDLE**
(X)Present

DEF ATTY: **Joyce Leavitt**

**FILED**
NOV 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**REASON FOR HEARING** Change of Plea

**RESULT** The defendant is placed under oath, enters a plea of guilty as to counts 1 and 2. The Court admonishes the defendant, finds factual basis for each plea entered and factual findings of guilt. The Court finds the defendant guilty as to counts 1 and 2 of the indictment.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** March 06, 2008 @ 2:00 p.m.  **for** Judgment and Sentence

**JUDGMENT** _____

Notes: _____