UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**FILED**

JAN 1 4 2008

**RICHARD W. WIEKING**
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

U.S District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 90012

RE:        USA vs.   CR07-635 MAG
USDC No.:  1:07-CR-00122-OWW

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated January 02, 2008, transmitted herewith are the following documents.

**Electronic Documents: 1 to 15.**

> Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**January 10, 2008**      /s/ T. Lundstrom
_____

Deputy Clerk

RECEIVED BY: _____

Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____



**U.S. DEPARTMENT OF JUSTICE**

United States Attorney
Eastern District of California

McGregor W. Scott
United States Attorney

2500 Tulare Street, Suite 4401
Fresno, CA 93721
    Phone  559/497-4000
    Fax    559/497-4099
    TTD    559/497-4500

September 26, 2007

Bryan R. Whitaker
Special Assistant United States Attorney
United States Attorney's Office
1301 Clay Street, Suite 340S
Oakland, CA 94612

*CR 07-635 MJJ*

    Re:    United States v. Alan Randle
            1:07CR122 OWW

Dear Mr. Whitaker:

    Pursuant to our agreement regarding the above-captioned case, please find enclosed a Consent to Transfer form executed in duplicate (copies for your files) by defendant. Also enclosed is a Rule 20 Transfer Notice form. Please sign both of these documents and file the originals with your clerk's office to initiate the transfer of this case to the Northern District of California.

    Also enclosed please find a signed original Plea Agreement to be filed with the clerk's office in the Northern District of California.

    If you have any questions, please do not hesitate to contact me.

                              Sincerely yours,

                              McGREGOR W. SCOTT
                              United States Attorney
                              By
                              STANLEY A. BOONE
                              Assistant U.S. Attorney

SAB:nm
Enclosures

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the __EASTERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.
ALLEN RANDLE

CRIMINAL NUMBER: 07-00122 OWW

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, __Allen Randle__, defendant, have been informed that an (indictment) information, ~~complaint~~ is pending against me in the above designated cause. I wish to plead __guilty__ to the offense charged, to consent to the disposition of the case in the __Northern__ District of __California__ in which I, __have been released on bond__, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 9-18- 2007 at 10:00 AM

_(signature)_
(Defendant)

_(signature)_
(Witness)

_(signature)_
(Counsel for Defendants)

_(signature)_
(Assistant United States Attorney)

Approved

_(signature)_
Assistant United States Attorney for the
Eastern District of
California

_(signature)_
Special Assistant United States Attorney for the
Northern District of
California

Form No. USA-18
(Rev. 5-1-63)

# RULE 20 — TRANSFER NOTICE

| TO: | DISTRICT | DATE |
|---|---|---|
| Bryan R. Whittaker<br>Special Assistant U.S. Attorney | ND/CA | 9/26/07 |

| NAME OF SUBJECT | STATUTE VIOLATED | FILE DATA (Initials and Number) |
|---|---|---|
| ALLEN RANDLE | 18 U.S.C. §287 | 1:07CR122 OWW |

## PART A — DISTRICT OF ARREST

[ ] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ] Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two verified copies thereof.

[X] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.   Docket No.   1:07CR122 OWW

[ ] Other (Specify):

[ ] The above-named defendant entered a plea of guilty under Rule 20.
DATE OF PLEA          DATE OF SENTENCE          SENTENCE

| FROM (Signature and Title) | ADDRESS |
|---|---|
| Stanley A. Boone<br>Assistant U.S. Attorney | 2500 Tulare Street, Ste. 4401<br>Fresno, CA 93721 |

## PART B — DISTRICT OF OFFENSE

[X] I am agreeable to Rule 20 disposition.

[ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock.
(Kindly notify me of any anticipated delay.)

[ ] Enclosed are two certified copies of indictment or information. Docket No.

[ ] Please have defendant execute waiver of indictment.

[ ] Other (Specify):

| SIGNATURE (Name and Title) | DISTRICT | DATE |
|---|---|---|
| Bryan R. Whittaker | ND/CA | |

See United States Attorneys Manual, Title 2, pp. 11-16.2 and United States Attorneys Bulletin (Appendix) Vol. 9, No. 20, October 6, 1961, for an explanation of procedures under Rules 7 and 20, Federal Rules of Criminal procedure. See also Title 4, p.44.1, United States Attorneys Manual.

Computer generated 7/00

```
 1  SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
 2
    W. DOUGLAS SPRAGUE (CSBN 202121)
 3  Acting Chief, Criminal Division

 4  BRYAN R. WHITTAKER (TX 24047097)
    Special Assistant United States Attorney
 5
    1301 Clay Street, Suite 340S
 6  Oakland, California 94612
    Telephone: (510) 637-3680
 7  Facsimile: (510) 436-3724
    E-Mail: Bryan.Whittaker@usdoj.gov
 8
 9  Attorneys for Plaintiff
10
                 UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA
12
                        OAKLAND DIVISION
13
14  UNITED STATES OF AMERICA,      )   No.
                                   )
15       Plaintiff,                )
                                   )   PLEA AGREEMENT
16       v.                        )
                                   )
17  ALLEN RANDLE,                  )
                                   )
18       Defendant.                )
                                   )
19
```

20       I, ALLEN RANDLE, and the United States Attorney's Office for the Northern District of

21  California (hereafter "the government") enter into this written plea agreement (the "Agreement")

22  pursuant to Rules 11(c)(1)(A) and 11(c)(1)(B) of the Federal Rules of Criminal Procedure:

23  The Defendant's Promises

24       1.      I agree to plead guilty to Counts One and Two of the captioned indictment, filed

25  in the Eastern District Of California, charging me with False Claims, in violation of 18 U.S.C. §

26  287. I agree that the elements of the offense are as follows: (1) I knowingly presented or made a

27  claim to an agency of the United States; and (2) I knowingly knew that such claim was

28  materially false, fictitious, or fraudulent.

PLEA AGREEMENT
CR _____

1  I agree that the maximum penalties <u>as to each count</u> are as follows:
2      a.    Maximum prison sentence    5 years
3      b.    Maximum fine    $ 250,000
4      c.    Maximum supervised release term    3 years
5      d.    Restitution:    Mandatory
6      e.    Special Assessment:    $100 as to each count

7  2.  I agree that I am guilty of the offense(s) to which I will plead guilty, and I agree
8  that the following facts are true: On or about April 13, 2006, the defendant presented a
9  materially false, fictitious and fraudulent claim to the Internal Revenue Services ("IRS") by
10  means of a false tax returns knowing such claim to be false, fictitious, and fraudulent. In that
11  claim, defendant presented that he was employed by A Z Bus Sales and had made $19,562 for the
12  calendar year 2005, when in fact he had not worked for such employer nor had he earned such
13  income from that employer for that calendar year. The claim presented was materially false and
14  fraudulent and known by the defendant to be false and fraudulent and done for the purpose of
15  obtaining Earned Income credit from the IRS which the defendant was not otherwise entitled to.
16  As a result of his false and fraudulent claim, the defendant requested a refund of $4,667. On or
17  about April 14, 2006, the defendant applied for a Refund Anticipation Loan and obtained from
18  HSBC, a federally insured institution, a loan in the amount of $4,410.05. On or about January
19  14, 2007, the defendant presented a materially false, fictitious and fraudulent claim to the
20  Internal Revenue Services ("IRS") by means of a false tax returns knowing such claim to be
21  false, fictitious, and fraudulent. In that claim, defendant presented that he was employed by
22  Kohls Department Stores, Inc. and had made $18,465 for the calendar year 2006, when in fact he
23  had not worked for such employer nor had he earned such income from that employer for that
24  calendar year. The claim presented was materially false and fraudulent and known by the
25  defendant to be false and fraudulent and done for the purpose of obtaining Earned Income credit
26  from the IRS which the defendant was not otherwise entitled to. As a result of his false and
27  fraudulent claim, the defendant requested a refund of $6,844. On or about January 15, 2007, the
28  defendant applied for a Refund Anticipation Loan and obtained from Santa Barbara Bank and

PLEA AGREEMENT
CR _____                    2

1  Trust, a federally insured institution, a loan in the amount of $6,844. The Internal Revenue
2  Service is a civil agency of the United States.
3         3.     I agree to give up all rights that I would have if I chose to proceed to trial,
4  including the rights to a jury trial with the assistance of an attorney; to confront and
5  cross-examine government witnesses; to remain silent or testify; to move to suppress evidence or
6  raise any other Fourth or Fifth Amendment claims; to any further discovery from the government
7  and to pursue any affirmative defenses and present evidence. I also agree that by entering io this
8  plea agreement in the Northern District of California that I waive any venue I may have to be
9  tried in the Eastern District of California and elsewhere, based on the charges filed in this case.
10        4.     I agree to give up my right to appeal my conviction, the judgment, and orders of
11 the Court. I also agree to waive any right I may have to appeal any aspect of my sentence,
12 including any orders relating to forfeiture and/or restitution.
13        5.     I agree not to file any collateral attack on my conviction or sentence, including a
14 petition under 28 U.S.C. § 2255 or 28 U.S.C. § 2241, or motion under 18 U.S.C. § 3582, at any
15 time in the future after I am sentenced, except for a claim that my constitutional right to the
16 effective assistance of counsel was violated
17        6.     I agree not to ask the Court to withdraw my guilty plea at any time after it is
18 entered.
19        7.     I agree that the Court will calculate my sentencing range under the Sentencing
20 Guidelines. I understand that the Court, while not bound to apply the Guidelines, must consult
21 those Guidelines and take them into account when sentencing, together with the factors set forth
22 in 18 U.S.C. § 3553(a). I agree that regardless of the sentence that the Court imposes on me, I
23 will not be entitled, nor will I ask, to withdraw my guilty plea. I also agree that the Sentencing
24 Guidelines range will be calculated as follows and that I will not ask for any other adjustment to
25 or reduction in the offense level or for a downward departure from the Guidelines range:
26        a.     Base Offense Level, U.S.S.G. § 2B1.1(a):              6
27        b.     Specific offense characteristics:                     4
                 Amount of loss (based on over $10,000
28               But less than $30,000):

PLEA AGREEMENT
CR _____                          3

c	Acceptance of Responsibility:	-2

I agree that a sentence of imprisonment within the Guideline range set forth above is reasonable, and that I will not seek a sentence of imprisonment below the low end of that Guideline range and a three (3) year term of supervised release. However, if my sentencing guideline range calls for a sentence of 0-6 months, then I agree that a sentence of three (3) years of probation is reasonable and will not request a lesser sentence. I agree that a sentence within the applicable Guideline range is reasonable and that I will not seek a sentence below the applicable Guideline range. I agree that, regardless of any other provision in this Agreement, the government may and will provide to the Court and the Probation Office all information relevant to the charged offense(s) or the sentencing decision. I also agree that the Court is not bound by the Sentencing Guidelines calculations above, the Court may conclude that a higher guideline range applies to me, and, if it does, I will not be entitled, nor will I ask, to withdraw my guilty plea.

8.	I agree not to move for a downward departure of my sentence whether under the United States Sentencing Guidelines or the factors of 18 U.S.C. § 3553. I understand and agree that this agreement by me includes but is not limited to, not moving for a downward departure of my offense level, criminal history category or criminal history points as defined by the United States Sentencing Guidelines. Additionally, I agree that the application of the guidelines to my case results in a reasonable sentence and that I will not request that the court apply the sentencing factors under Section 3553 of Title 18, United States Code, to arrive at a sentence different than that called for under the guidelines. I acknowledge that if I request or suggest in any manner a different sentence than what is called for under the guidelines that the government, at its sole discretion, may for withdraw from this plea agreement and continue with its prosecution of me as if this plea agreement were not entered.

9.	I agree that ~~the agrees that~~ my conduct is governed by the Mandatory Restitution Act pursuant to 18 U.S.C. § 3663A(c)(1)(A)(ii) and I agree to pay the full amount of restitution as ordered by the court to all victims affected by this offense, including but not limited to the victims covered in the factual basis, including the IRS and financial institutions, specifically HSBC and Santa Barbara Bank and Trust, and in an amount determined by the court at

PLEA AGREEMENT
CR _____	4

sentencing. I agree that I will make a good faith effort to pay any fine, forfeiture, or restitution I am ordered to pay. Before or after sentencing, I will, upon request of the Court, the government, or the U.S. Probation Office, provide accurate and complete financial information, submit sworn statements and give depositions under oath concerning my assets and my ability to pay, surrender assets I obtained as a result of my crimes, and release funds and property under my control in order to pay any fine, forfeiture, or restitution. I agree to pay the special assessment at the time of sentencing.

10. I agree not to commit or attempt to commit any crimes before sentence is imposed or before I surrender to serve my sentence. I also agree not to violate any of the terms of my pretrial release; not to intentionally provide false information to the Court, the Probation Office, Pretrial Services, or the government; and not to fail to comply with any of the other promises I have made in this Agreement. I agree that, if I fail to comply with any promises I have made in this Agreement, then the government will be released from all of its promises in this Agreement, including those set forth in paragraphs 12 through 14 below, but I will not be released from my guilty plea. I further understand that any violations of this agreement by the defendant will result in a motion to withdraw from the plea agreement by the government and will make the Rule 20 transferred agreed to by the Eastern and Northern District of California null and void and the United States will proceed with its prosecution in the Eastern District of California as if the Rule 20 transfer and this plea agreement had never been entered into by the parties.

11. I agree that this Agreement contains all of the promises and agreements between the government and me, and I will not claim otherwise in the future.

12. I agree that this Agreement binds the U.S. Attorney's Office for the Northern District of California and Eastern District of California only, and does not bind any other federal, state, or local agency.

The Government's Promises

13. The government agrees not to file any additional charges against the defendant that could be filed as a result of the investigation that led to the captioned indictment.

14. The government agrees to recommend the Guidelines calculations set out above.

PLEA AGREEMENT
CR _____                     5

15. The government agrees to recommend that the defendant be sentenced to the low end of the applicable guideline range and to a three (3) year term of supervised release. However, if the defendant's sentencing guideline range calls for a sentence of 0-6 months, then the government will agree to recommend that the defendant be sentence to three (3) years of probation.

The Defendant's Affirmations

16. I confirm that I have had adequate time to discuss this case, the evidence, and this Agreement with my attorney, and that he has provided me with all the legal advice that I requested.

17. I confirm that while I considered signing this Agreement, and at the time I signed it, I was not under the influence of any alcohol, drug, or medicine.

18. I confirm that my decision to enter a guilty plea is made knowing the charges that have been brought against me, any possible defenses, and the benefits and possible detriments of proceeding to trial. I also confirm that my decision to plead guilty is made voluntarily, and no one coerced or threatened me to enter into this Agreement.

Dated: 8-23-07

ALLEN RANDLE
Defendant

SCOTT N. SCHOOLS
United States Attorney

Dated: 9/18/07

BRYAN WHITAKER
Special Assistant United States Attorney

I have fully explained to my client all the rights that a criminal defendant has and all the terms of this Agreement. In my opinion, my client understands all the terms of this Agreement and all the rights he is giving up by pleading guilty, and, based on the information now known to

PLEA AGREEMENT
CR _____                                6

me, his decision to plead guilty is knowing and voluntary.

Dated: 8/31/07

/s/ Joyce Leavitt
JOYCE LEAVITT
Attorney for Defendant

PLEA AGREEMENT
CR _____                         7

CLOSED

# U.S. District Court
# Eastern District of California - Live System (Fresno)
# CRIMINAL DOCKET FOR CASE #: 1:07-cr-00122-OWW All Defendants
# Internal Use Only

| | |
|---|---|
| Case title: USA v. Randle | Date Filed: 05/24/2007 |
| Magistrate judge case number: 1:07-mj-00093-DLB | Date Terminated: 01/10/2008 |

Assigned to: Judge Oliver W. Wanger

**Defendant**

| | | |
|---|---|---|
| **Allen Randle** (1)<br>*TERMINATED: 01/10/2008* | represented by | **Steven Leon Crawford**<br>Law Office of Steven L. Crawford<br>651 Dolliver<br>Suite A<br>Pismo Beach, CA 93449<br>805-458-6312<br>Email: crawfordlaw@yahoo.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

I hereby attest and certify on DEC 10 2008 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

**Pending Counts**

None

**Highest Offense Level (Opening)**

**Disposition**

None

**Terminated Counts**
FALSE OR FRAUDULENT
CLAIMS
(1-2)

**Disposition**
Transfered to Northern
District of California

**Highest Offense Level
(Terminated)**
Felony

**Complaints**
18:287.F ~ False claim to IRS

**Disposition**

**Plaintiff**
USA                          represented by  **Stanley Albert Boone**
                                              United States Attorney
                                              2500 Tulare Street
                                              Suite 4401
                                              Fresno, CA 93721
                                              (559) 497-4042
                                              Fax: (559) 497-4099
                                              Email:
                                              stanley.boone@usdoj.gov
                                              *LEAD ATTORNEY
                                              ATTORNEY TO BE
                                              NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/11/2007 | 1 | COMPLAINT as to Allen Randle (1). (Kusamura, W) [1:07-mj-00093-DLB] (Entered: 05/11/2007) |
| 05/11/2007 | 2 | (Court only) Arrest WARRANT ISSUED by Dennis |

| | | |
|---|---|---|
| | | L. Beck as to Allen Randle. (Kusamura, W) [1:07-mj-00093-DLB] (Entered: 05/11/2007) |
| 05/18/2007 | 3 | RULE 5(c)(3) DOCUMENTS RECEIVED from the USDC, Northern District of California, as to Allen Randle. (Rooney, M) [1:07-mj-00093-DLB] (Entered: 05/18/2007) |
| 05/22/2007 | 4 | ARREST WARRANT RETURNED Executed on 05/11/07 as to Allen Randle. (Lundstrom, T) [1:07-mj-00093-DLB] (Entered: 05/23/2007) |
| 05/24/2007 | 5 | INDICTMENT as to Allen Randle (1) count(s) 1-2. (Attachments: # 1 True Bill) (Lundstrom, T) (Entered: 05/25/2007) |
| 05/25/2007 | 6 | STIPULATION and ORDER Continuing Initial Appearance/Arraignment Date and Exclusion of Time as to Allen Randle. Initial Appearance set for 6/8/2007 at 01:00 PM in Courtroom 7 (SMS) before Magistrate Judge Sandra M. Snyder. Signed by Judge Sandra M. Snyder on 5/25/07. (Gil-Garcia, A) (Entered: 05/25/2007) |
| 06/07/2007 | 7 | MINUTE ORDER(TEXT Only): **Time Change** as to defendant Allen Randle - ARRAIGNMENT set for 6/8/2007 at **11:30 AM** (was 1:00pm) in Courtroom 7 (SMS) before Judge Sandra M. Snyder. (Herman, H) (Entered: 06/07/2007) |
| 06/07/2007 | 8 | CJA 20 as to Allen Randle: Appointment of Attorney, Steven Leon Crawford for Allen Randle, signed by Judge Oliver W. Wanger on 6/5/07. (Gil-Garcia, A) (Entered: 06/07/2007) |
| 06/08/2007 | 9 | STIPULATION and ORDER continuing Initial Appearance/Arraignment Date and Exclusion of Time as to Allen Randle. Initial Appearance set for 7/2/2007 at 01:30 PM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. Signed by Judge Sandra M. Snyder on 6/7/07. (Gil-Garcia, A) (Entered: 06/08/2007) |

| | | |
|---|---|---|
| 06/08/2007 | ●10 | NOTICE of ATTORNEY APPEARANCE: Steven Leon Crawford appearing for Allen Randle. (Gil-Garcia, A) (Entered: 06/08/2007) |
| 07/02/2007 | ●11 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger :Inital Appearance/Arraignment as to Allen Randle continued to 8/27/2007 at 01:30 PM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. Government Counsel S. Boone present. Defense Counsel S. Crawford - NOT PRESENT. Custody Status: Bond. Court Reporter/CD Number: K. Lopez. (Timken, A) (Entered: 07/02/2007) |
| 07/13/2007 | ●12 | STIPULATION and ORDER signed by Judge Oliver W. Wanger on 7/12/07. Arraignment for Allen Randle CONTINUED TO 8/27/2007 at 01:30 PM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. (Lundstrom, T) (Entered: 07/13/2007) |
| 08/27/2007 | ●13 | MINUTES (Text Only) for proceedings held before Judge Oliver W. Wanger :Initial Appearance/Arraignment as to Allen Randle continued to 9/24/2007 at 01:30 PM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. XT Start: 8/27/2007 Stop: 9/24/2007.Government Counsel S. Boone present. Defense Counsel S. Crawford present. Custody Status: Bond. Court Reporter/CD Number: P. Crawford. (Timken, A) (Entered: 08/28/2007) |
| 01/02/2008 | ●14 | MEMORANDUM by USA as to Allen Randle to the AUSA of the Northern District of CA regarding a Rule 20 transfer to that District. (Lundstrom, T) (Entered: 01/10/2008) |
| 01/10/2008 | ●15 | CONSENT to TRANSFER JURISDICTION Rule 20 to Northern District of California Counts closed as to Allen Randle (1) Count 1-2. (Lundstrom, T) (Entered: 01/10/2008) |

| | | |
|---|---|---|
| 01/10/2008 | ●16 | TRANSMITTAL of DOCUMENTS re 14 Memorandum - CR filed by USA on *1/2/2008* to *U.S District Court* *Northern District of California* *450 Golden Gate Avenue* *San Francisco, CA 90012*. *Electronic Documents: 1 to 15. *. (Lundstrom, T) (Entered: 01/10/2008) |