1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3740
7       Facsimile: (510) 637-3724
        E-Mail: Joshua.Hill2@usdoj.gov
8
   Attorneys for the United States of America
9

10

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14 | UNITED STATES OF AMERICA,       )   No. CR-07-00635 SBA
                                    )
15 |            Plaintiff,           )   STIPULATION AND ORDER
                                    )   REGARDING SETTING DATE FOR
16 | vs.                             )   SENTENCING
                                    )
17 | ALLEN RANDLE,                   )
                                    )
18 |            Defendant.           )
   |_____)
19

20       IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill,

21 and the defendant through his attorney, Joyce Leavitt, that the sentencing date for the above

22 referenced matter shall be set for June 2, 2009 at 10:00 a.m. The defendant is not in custody.

23       The parties last appeared before United States District Judge Martin Jenkins on

24 November 15, 2007 for change of plea. At that time, Judge Jenkins scheduled the sentencing

25 hearing for March 6, 2008. Thereafter, Judge Jenkins announced his departure from the district

26 court. The case was transferred to the Honorable Saundra B. Armstrong on April 7, 2008. The

Stip and [Proposed] Order                 1

parties have not appeared before this Court since the case was transferred.

In the interim, the defendant suffered a stroke. As a result of the stroke, the defendant was unable to communicate. He was, therefore, unable to participate in an interview with the United States Probation Office for purposes of preparing the presentence report ("PSR"). The defendant has not waived the preparation of PSR prior to sentencing. The United States Probation Officer assigned to this matter has indicated she is not available to interview the defendant until the first week of March 2009, at the earliest. To have adequate time to prepare the PSR, the Probation Officer requested a sentencing date in early June 2009.

IT IS SO STIPULATED:

Dated: February 11, 2009             /s/ Joyce Leavitt
                                     JOYCE LEAVITT
                                     *Attorney for Defendant*


Dated: February 11, 2009             /s/ Joshua Hill
                                     JOSHUA HILL
                                     Assistant United States Attorney


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the sentencing date for the above referenced matter shall be set for June 2, 2009 at 10:00 a.m.

Dated: February 17, 2009             _Saundra B Armstrong_____
                                     HONORABLE SAUNDRA B. ARMSTRONG
                                     United States District Court Judge