1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3740
7       Facsimile: (510) 637-3724
        E-Mail: Joshua.Hill2@usdoj.gov
8
   Attorneys for the United States of America
9

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14 UNITED STATES OF AMERICA,        )  No. CR-07-00635 SBA
                                    )
15              Plaintiff,          )  STIPULATION AND ORDER
                                    )  REGARDING RESETTING DATE FOR
16 vs.                              )  SENTENCING
                                    )
17 ALLEN RANDLE,                    )
                                    )
18              Defendant.          )
   _____)
19

20      IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill,

21 and the defendant through his attorney, Joyce Leavitt, that the sentencing date for the above

22 referenced matter, currently set for June 2, 2009 at 10:00 a.m., be rescheduled for June 16, 2009

23 at 10:00 a.m. The defendant is not in custody. The reason for the request is that government

24 counsel is no longer available on June 2, 2009. Defense counsel is not available on June 9, 2009.

25 Both parties, and the United States Probation Officer, are available on June 16, 2009.

26 ///

Stip and [Proposed] Order                1

1  IT IS SO STIPULATED:

2  Dated: May 15, 2009               /s/ Joyce Leavitt
                                     JOYCE LEAVITT
3                                    *Attorney for Defendant*

4

5  Dated: May 15, 2009               /s/ Joshua Hill
                                     JOSHUA HILL
6                                    Assistant United States Attorney

7

8                              **ORDER**

9     GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the sentencing date

10 for the above referenced matter, currently set for June 2, 2009, shall be rescheduled for June 16,

11 2009 at 10:00 a.m.

12

13
   Dated: May 20, 2009               _Saundra B Armstrong_
14                                   HONORABLE SAUNDRA B. ARMSTRONG
                                     United States District Court Judge

Stip and [Proposed] Order                 2