|   |   |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | JOYCE LEAVITT |
|   | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
|   | Oakland, CA 94607-3627 |
| 4 | (510) 637-3500 |
| 5 | Counsel for Defendant RANDLE |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |   |
|---|---|---|
|   | ) | No. CR 07-00635 SBA |
| Plaintiff, | ) |   |
|   | ) | **REVISED STIPULATION AND** |
| v. | ) | **ORDER CONTINUING** |
|   | ) | **SENTENCING** |
|   | ) |   |
| ALLEN RANDLE, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing in this case, currently scheduled before the Honorable Saundra Brown Armstrong on Tuesday, June 16, 2009, at 10:00 a.m. for sentencing may be continued to Tuesday, July 14, 2008 at 10:00 a.m. for sentencing. The reason for the continuance is that the government wants additional information concerning Mr. Randle's current medical condition in order to determine whether it will support the sentencing recommendation of the probation officer. Defense counsel is in the process of obtaining additional information for the government. There is no need to exclude time under the provisions of

*United States v. Randle*, CR 07-00635 SBA;
STIP. TO CONTINUE SENTENCING         - 1 -

the Speedy Trial Act because Mr. Randle already has pled guilty in this matter. In addition, Mr. Randle currently is out of custody.

DATED: June 10, 2009            /s/
                                JOYCE LEAVITT
                                Assistant Federal Public Defender

DATED: June 10, 2009            /s/
                                JOSHUA HILL
                                Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this matter, currently scheduled for Tuesday, June 16, 2009, at 10:00 a.m. before Judge Saundra Brown Armstrong, is continued to Tuesday, July 14, 2009, at 10:00 a.m. for sentencing.

SO ORDERED.

DATED: 6/15/09                  _Saundra B Armstrong_
                                SAUNDRA BROWN ARMSTRONG
                                United States District Court Judge

*United States v. Randle*, CR 07-00635 SBA;
STIP. TO CONTINUE SENTENCING            - 2 -